Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 16–32788–JNP
                              Chapter: 7
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Md A. Sultan
  16 South Rhode Island Avenue
  Apartment D
  Second Floor
  Atlantic City, NJ 08401

Social Security No.:
  xxx–xx–4694

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 12, 2017</u>            <u>Jerrold N. Poslusny Jr.</u>
                                       Judge, United States Bankruptcy Court